IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

REED ELSEVIER INC., and

SEISINT, INC.,

        Plaintiffs,

v.

PAUL COLANGELO,

        Defendant.
_____/

07-80486
CIV-MIDDLEBROOKS
MAGISTRATE
JOHNSON


FILED by _____ D.C.
JUN - 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

Plaintiffs LexisNexis Risk and Information Analytics Group Inc. ("LN Risk"), Reed Elsevier Inc., and Seisint, Inc. ("Seisint") (collectively Plaintiffs are referred to as "LN Risk & Information Group"), by counsel, move the Court for an Order granting them leave to take expedited discovery in preparation for a preliminary injunction hearing in this matter. For the reasons stated in LN Risk & Information Group's Complaint for Temporary and Permanent Injunctive Relief and Damages and in its memorandum of law in support of this Motion, LN Risk & Information Group requests leave to:

    1.    Propound Requests for Production of Documents on Defendant Paul Colangelo ("Colangelo") that seek: 1) all documents and other property of LN Risk & Information Group, whether in electronic format or otherwise, that Colangelo possesses; 2) all documents, whether in electronic format or otherwise, that reference LN Risk &

Information Group in any way, including but not limited to, its customers, pricing, products, trade secrets, confidential information, and employees; and 3) all documents, whether in electronic format or otherwise, that contain or relate to all communications between Colangelo and LocatePlus Holdings Corporation and/or its subsidiaries and affiliates to be answered by June 12, 2007; and

    2.    Take the deposition of Colangelo on or before June 14, 2007.

WHEREFORE Plaintiffs LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc. respectfully request that the Court grant them leave to take expedited discovery.

Respectfully submitted,

By: _____
Scott S. Cairns
Florida Bar No.: 0037729
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
(904) 798-3223 (Tel)
(904) 798-3261 (Fax)
scairns@mcguirewoods.com

Attorneys for Plaintiffs

\4604979.1

2