IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

07-80486 CIV-MIDDLEBROOKS
MAGISTRATE JOHNSON

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

REED ELSEVIER INC., and

SEISINT, INC.,

　　　　　Plaintiffs,
v.

PAUL COLANGELO,

　　　　　Defendant.
_____/

FILED by _____ D.C.
JUN - 6 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc., by and through its undersigned counsel, hereby disclose the following pursuant to Federal Rule of Civil Procedure 7.1:

The name of each person, associated person, firms, partnerships or corporations that have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entitles related to a party in the case:

1. Scott S. Cairns, Counsel for Plaintiff

2. Paul Colangelo, Defendant

3. LexisNexis Risk and Information Analytics Group Inc., Plaintiff

4. LocatePlus Holdings Corporation, current employer of Defendant Paul Colangelo, is publicly traded over the counter

5. McGuireWoods LLP, Counsel for Plaintiff

6. Reed Elsevier Group, PLC, a publicly held UK registered company whose securities are listed on the London Stock Exchange and the New York Stock Exchange, Parent Corporation of Plaintiff corporations

7. Reed Elsevier Inc., Plaintiff

8. Seisint, Inc., Plaintiff

Dated this 6th day of June, 2007.

_____
Scott S. Cairns
Florida Bar No. 0037729
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel: (904)798-3223  Fax: (904) 798-3261
E-Mail: scairns@mcguirewoods.com

Attorney for Plaintiffs

\4604741.1