AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **07-80486**

**CIV-MIDDLEBROOKS**
MAGISTRATE
JOHNSON

LexisNexis Risk and Information Analytics Group Inc.,
Reed Elsevier Inc., and Seisint, Inc.,

    Plaintiffs,

v.

Paul Colangelo,

    Defendant.

FILED by _____ D.C.

JUN - 6 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Mr. Paul Colangelo
15735 Marbury Heights Way
Montclair, VA  22026

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott S. Cairns, Esquire
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL  32202

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox            6-6-2007

CLERK                                                          DATE

(BY) DEPUTY CLERK