UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-80486-CIV-MIDDLEBROOKS/JOHNSON

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP, INC., REED ELSEVIER, INC., and
SEISINT, INC.,

     Plaintiffs,

v.

PAUL COLANGELO,

     Defendant.
_____/

## ORDER ON MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

This cause came before the Court upon Plaintiffs' Motion for Leave to Take Expedited Discovery (DE 2) filed on June 6, 2007. I have reviewed the Motion and the file in this matter. Plaintiffs allege that Defendant is violating the parties' agreement and the Florida Trade Secrets Act by working for a competitor of Plaintiffs and disclosing confidential information and trade secrets. Plaintiffs state their intention to seek preliminary injunctive relief and accordingly request the opportunity to take discovery from Defendant in order to prepare such request. This case was filed and a summons was issued on the same day the motion was filed. To date no return of service has been filed. I will grant Plaintiffs' request to seek expedited discovery, although not as expedited as requested.

The Motion seeks Defendant's response to a request for production of documents and Plaintiffs' ability to take Defendant's deposition next week. I decline to order discovery be completed by the dates given in Plaintiffs' Motion because they require responses by next week and at this time there is no indication the Defendant has notice of this lawsuit.

Accordingly, it is hereby

ORDERED AND ADJUDGED that

(1) Plaintiffs' Motion for Leave to Take Expedited Discovery (DE 2) is GRANTED IN PART, DENIED IN PART;

(2) Defendant must respond to the request for production no later than ten days after having received service of Plaintiffs' Verified Complaint, the Summons, the Motion for Leave to Take Expedited Discovery, and the Memorandum in Support of the Motion;

(3) Plaintiffs may take Defendant's deposition no sooner than ten days after he receives service of Plaintiffs' Verified Complaint, the Summons, the Motion for Leave to Take Expedited Discovery, and the Memorandum in Support of the Motion;

(4) Plaintiffs' counsel shall serve a copy of this Order upon all parties; and

(5) Plaintiffs shall file a return of service within five days of its execution.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 8th day of June 2007.

---
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record