UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP, INC.,

REED ELSEVIER, INC., and

SEISINT, INC.,

    Plaintiffs,

vs.                              CASE NO.: 07-80486-CIV-MIDDLEBROOKS

PAUL COLANGELO,

    Defendants

_____/

### DECLARATION OF MARC BOULWARE

COMES NOW, Marc Boulware, who, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen (18) and have personal knowledge of the statements contained in this Declaration.

2. I am the Team Lead – Federal Sales, for LexisNexis Risk and Information Analytics Group, Inc. ("LN Risk). As the Team Lead – Federal Sales, I have six (6) direct reporting sales representatives focused on sales of Advanced Government Solutions to Federal customers. I have served in this capacity since June 2006 and have been an employee of LN Risk for over six (6) years.

3. At the time of his resignation, Colangelo was the Vice President – Advanced Government Solutions for LN Risk and was responsible for leading the sales effort with respect to federal, state and local government agencies for LN Risk, Reed Elsevier Inc. and Seisint, Inc.

(collectively referred to as the "LN Risk & Information Group"). I reported directly to Colangelo until May 23, 2007.

4. For law enforcement and Federal customers, LN Risk offers Advanced Government Solutions to help customers transform data into decisions. LexisNexis Advanced Government Solutions provides access to three distinct solution sets: (a) Intelligence Analysis solutions, which enable intelligence analysts to anticipate and detect threats to national security by pinpointing critical information contained within massive volumes of data; (b) Investigative solutions, which enable investigators to effectively locate suspects, find missing children and solve cases quicker by providing instant access to critical information that would normally take days to gather using traditional investigative methods; and (c) Screening and Identity Verification solutions, which enable government agencies to secure and protect access to critical systems and facilities and mitigate the problems associated with entitlements fraud and improper payments.

5. I am familiar with Locate Plus.com, Inc. ("Locate Plus") and deem them to be a direct competitor of LN Risk with respect to the service offerings described above. In fact, their website states that "Locate Plus.com, Inc. now is the industry leader in providing online investigative solutions to law enforcement, legal and insurance professionals, licensed investigators, and other related businesses." Locate Plus also identifies "government" (including, Federal, State and local government agencies) as a stand-alone industry with respect to its service offerings.

6. I recall specific conversations with Colangelo where he too acknowledged to me that he perceived Locate Plus to be a competitor with respect to public record solutions in the U.S. risk management industry.

7. With respect to LN Risk's business, Colangelo is intimately aware of the Federal sales business pipeline, customer list, pricing structure and market strategy. I reported to him on all of these business issues on a regular basis. In fact, Colangelo required his direct reports

2

to provide weekly Siebel Funnel Review reports (i.e., business pipeline documentation). Moreover, during calendar year 2007, Colangelo asked me to provide him with account overview documentation with respect to the "Top 10" accounts in Federal sales.

      8.    I first learned of Colangelo's decision to leave LN Risk on May 18, 2007. Colangelo called me on my cell phone and told me he was leaving without providing specifics. When I asked him where he was going to work, he first said "I don't know," and later said "I can't tell you because I have an NDA," which I understood to mean a non-disclosure agreement.

AND FURTHER, THIS DECLARANT SAYETH NOT.

JUNE 15, 2007
Date

_____
MARC BOULWARE

\4620133.1