UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

                                    CASE NO.: 07-80486-CIV-MIDDLEBROOKS

REED ELSEVIER INC., and

SEISINT, INC.,

       Plaintiffs,

vs.

PAUL COLANGELO,

       Defendants

_____/

## <u>NOTICE OF FILING OF RETURN OF SERVICE</u>

Pursuant to this Court's Order of June 12, 2007 granting in part and denying in part Plaintiffs' Motion for Expedited Discovery, Plaintiffs hereby file the attached Return of Service of Process as proof of service of the Complaint and other required documents on Defendant, Paul Colangelo.

Respectfully submitted this 18th day of June, 2007.

McGUIREWOODS LLP

s/ Scott S. Cairns
_____
Scott S. Cairns
Florida Bar No: 0037729
Scott R. Bauries
Florida Bar No.: 0014968
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3223
(904) 798-3261 (fax)
scairns@mcguirewoods.com

Attorneys for Plaintiffs, LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  No attorney has entered an appearance yet on behalf of Defendant Colangelo, but an attorney has been corresponding on Colangelo's behalf.  Accordingly, I further certify that upon receipt of the Court's Notice of Electronic Filing, I will serve a copy of the foregoing, as well as a copy of the Court's Notice, via facsimile to:

Maury S. Epner, Esquire
Miller, Miller, & Canby
200-B Monroe Street
Rockville, MD 20850
Facsimile (301) 762-6044.


s/ Scott S. Cairns
Attorney

\4624025.1

2