UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

CASE NO.: 07-80486-CIV-MIDDLEBROOKS

REED ELSEVIER INC., and

SEISINT, INC.,

    Plaintiffs,
vs.

PAUL COLANGELO,

    Defendants
_____/

## NOTICE OF SERVICE OF MOTION AND MEMORANDUM

Plaintiffs hereby notify this Court that, on this, the 18th day of June, 2007, they served by facsimile a true copy of their Motion for Temporary Injunction or in the Alternative, Preliminary Injunction (the "Motion"); their Memorandum of Law in Support of the Motion (the "Memorandum"); and this Court's Notice of Electronic Filing for the Motion and the Memorandum, upon Maury S. Epner, Esquire, Miller, Miller, & Canby, 200-B Monroe Street, Rockville, MD 20850, Facsimile (301) 762-6044, counsel for Defendant, Paul Colangelo.

Respectfully submitted this 18th day of June, 2007.

MCGUIREWOODS LLP

s/ Scott S. Cairns
Scott S. Cairns
Florida Bar No: 0037729
Scott R. Bauries
Florida Bar No.: 0014968
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3223
(904) 798-3261 (fax)
scairns@mcguirewoods.com

Attorneys for Plaintiffs, LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. No attorney has entered an appearance yet on behalf of Defendant Colangelo, but an attorney has been corresponding with the undersigned on Colangelo's behalf. Accordingly, I further certify that upon receipt of the Court's Notice of Electronic Filing, I will serve a copy of the foregoing, as well as a copy of the Court's Notice, via facsimile to:

> Maury S. Epner, Esquire
> Miller, Miller, & Canby
> 200-B Monroe Street
> Rockville, MD 20850
> Facsimile (301) 762-6044

s/Scott S. Cairns
Attorney

\4624049.1