## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** 07-80486-CIV-MIDDLEBROOKS/JOHNSON

LEXISNEXIS RISK AND INFORMATION
ANALYTICS GROUP INC., et. al.,

      Plaintiffs,

vs.

PAUL COLANGELO,

      Defendant.
_____/

### ORDER AND NOTICE OF TELEPHONIC SCHEDULING CONFERENCE

**THIS CAUSE** is before the Court on the Order of Reference dated June 19, 2007, referring this cause to the undersigned for the purpose of conducting a Scheduling Conference pursuant to Local Rule 16.1.B. of the Southern District of Florida. Pursuant thereto, this Court notices a Telephonic Scheduling Conference before the Honorable Linnea R. Johnson at **10:00a.m. on July 20, 2007.**[1] Attendance is mandatory. Failure to attend may result in sanctions. Because of the expedited nature of this hearing, the parties are relieved of L.R.16.1.B.2's requirement of preparing and submitting a Conference Report and Order prior to the Scheduling Conference. The parties are advised that a Pretrial Scheduling Order will be entered by this Court following the Scheduling Conference, and that it will be the duty of counsel to comply with the timetable set forth therein in order to insure an expeditious resolution of this cause. The parties may consent to a specially set trial before the undersigned Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

Pursuant to Local Rule 16.1.B.3., counsel for plaintiff, or plaintiff if proceeding <u>pro se</u>,

---

[1] Counsel(s) for the Plaintiff shall contact this Court at 561/803-3412 at least 48 hours in advance of the scheduled date to make the necessary arrangements. (Plaintiff's counsel shall also be responsible for conferencing in opposing counsel(s) for the scheduling conference.)

shall be responsible for giving notice of the requirements of Local Rule 16.1.B. to each defendant or counsel for each defendant, as soon as possible after service of process on the respective defendant(s). Accordingly, the Court shall require plaintiff's counsel to also provide notice of this Order and its requirements to all defendants to ensure timely compliance therewith.

In addition to the requirements of Local Rule 16.1., the Court will also discuss the following matters with counsel at the Scheduling Conference:

a. the likelihood of settlement, the appropriateness of court-ordered mediation for this case, and the scheduling of such mediation;

b. the parties' consent to a specially-set trial before the undersigned magistrate judge; and

c. pretrial procedures with respect to the filing and disposition of motions, compliance with the local rules and related matters.

The Court anticipates that this Scheduling Conference will not exceed 10-15 minutes. Do not telephone Chambers with questions. Any questions may be addressed at the Scheduling Conference.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 21st day of June, 2007.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Donald M. Middlebrooks
Plaintiff's Counsel shall notify all counsel by fax