UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

REED ELSEVIER INC., and

SEISINT, INC.,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　CASE NO.: 07-80486-CIV-MIDDLEBROOKS

PAUL COLANGELO,

    Defendants
_____/

### JOINT MOTION FOR ENTRY OF CONSENT PRELIMINARY INJUNCTION

The parties, LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc. ("Plaintiffs") and Paul Colangelo (Defendant), have reached a settlement of this matter, and jointly request that the Court enter the proposed Order attached hereto as Exhibit A, which is a necessary condition to the settlement. In support thereof, the parties state as follows:

1.    The parties have reached an amicable settlement of all issues raised in the Verified Complaint filed by Plaintiffs.

2.    As part of that settlement, Defendant Colangelo consented to the jurisdiction of this Court over him and waived any objection to venue in this Court.

3.    As part of the settlement, Defendant Colangelo has agreed to the terms embodied in the attached consent Order, which provides for entry of a permanent injunction against his employment with LocatePlus Holdings, Inc. until after February 23, 2008, and requires the disclosure

of any property or data of the Plaintiffs which he has had in his possession after May 23, 2007 and requires its prompt return to Plaintiffs. Further, the injunction prohibits Defendant Colangelo from using or disclosing any trade secrets or confidential information of Plaintiffs.

4. All parties were represented by counsel of their own choosing and believe the final terms of the settlement to be fair and appropriate, including entry of the permanent injunction. Defendant Colangelo appears before this Court, pro se, as he has not retained counsel who is admitted to practice in this Court. However, Defendant Colangelo has been represented in the negotiation of this settlement by Maury S. Epner of Miller, Miller & Canby of Rockville, Maryland.

WHEREFORE, the parties jointly request that the Court enter the proposed Order attached hereto as Exhibit A.

| | |
|---|---|
| **PAUL COLANGELO** | **McGuireWoods LLP** |
| *[signature]* | s/ Scott S. Cairns |
| 15735 Marbury Heights Way | Scott S. Cairns |
| Montclair, VA 22025 | Florida Bar No: 0037729 |
| | Scott R. Bauries |
| Paul Colangelo, *Pro Se* | Florida Bar No.: 0014968 |
| | 50 North Laura Street, Suite 3300 |
| | Jacksonville, Florida 32202 |
| | (904) 798-3223 |
| | |
| | Attorneys for Plaintiffs, LexisNexis Risk and Information Analytics Group Inc., Reed Elsevier Inc., and Seisint, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. No attorney has entered an appearance yet on behalf of Defendant Colangelo, but an attorney has been corresponding on Colangelo's behalf. Accordingly, I further certify that upon receipt of the Court's Notice of Electronic Filing, I will serve a copy of the foregoing, as well as a copy of the Court's Notice, via facsimile to:

>Maury S. Epner, Esquire
>Miller, Miller, & Canby
>200-B Monroe Street
>Rockville, MD 20850
>Facsimile (301) 762-6044

and via U.S. Mail, postage prepaid to:

>Paul Colangelo
>15735 Marbury Heights Way
>Montclair, VA 22025

>s/Scott S. Cairns
>Attorney

\4635862.1