**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP INC.,

REED ELSEVIER INC., and

SEISINT, INC.,

    Plaintiffs,

vs.                                CASE NO.: 07-80486-CIV-MIDDLEBROOKS

PAUL COLANGELO,

    Defendants
_____/

## ORDER

On June 6, 2007, Plaintiffs filed a Verified Complaint seeking a permanent injunction against Defendant. The parties have informed the Court that they have reached an agreement to settle the dispute, which includes entry of a permanent injunction. It is hereby ORDERED that Plaintiffs' request for a permanent injunction is GRANTED, and that the conditions of the permanent injunction are as follows:

    1.    Defendant, Paul Colangelo ("Colangelo"), shall not, directly or indirectly, perform any services for, be employed by, or be associated with LocatePlus Holdings, Inc., a Delaware corporation, its subsidiaries, parents, and affiliated entities, from the date of the entry of this Order until February 23, 2008;

    2.    To the extent he has not already done so, Colangelo shall return Plaintiffs, care of their counsel, any and all documents, data, or information containing Plaintiffs' confidential or trade secret information, and all other property of Plaintiffs, which property is in Colangelo's possession and/or control on the date of this Order, whether in paper, electronic, or any other form;

2

      3.      On or before the tenth day following the date of the entry of this Order, Colangelo shall serve on counsel for the Plaintiffs a statement executed under oath and upon penalty of perjury, identifying all property or data of Plaintiffs which he has: used on behalf of any person or entity other than Plaintiffs; disclosed to any person or entity other than Plaintiffs; or possessed after May 23, 2007. In this statement, Colangelo shall verify after appropriate due diligence that all property described in Paragraph 2 of this Order and/or listed in the statement has been returned to Plaintiffs.

      4.      Colangelo shall not use for any purpose any of the trade secrets or confidential information of Plaintiffs, nor will Colangelo disclose such trade secrets or confidential information to any third party or knowingly permit such third party to use such trade secrets or confidential information.

      5.      The clerk shall close the file on this matter, but this Court retains jurisdiction over this matter for the purpose of enforcing this Order.

Done and Ordered this ___ day of July, 2007.

 

Hon. Donald M. Middlebrooks  
United States District Court  
Southern District of Florida

\4629621.1

2