UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-80486-CIV-MIDDLEBROOKS/JOHNSON

LEXISNEXIS RISK AND
INFORMATION ANALYTICS
GROUP, INC., REED ELSEVIER, INC., and
SEISINT, INC.,

    Plaintiffs,

v.

PAUL COLANGELO,

    Defendant.
_____/

## ORDER

This cause came before the Court upon the parties' Joint Motion for Entry of Consent Preliminary Injunction (DE 18) filed on July 3, 2007. I have reviewed the Motion and the file in this matter.

The parties have reached an agreement to settle this dispute. The settlement includes entry of a permanent injunction. It is ORDERED AND ADJUDGED that the parties' request for an injunction (DE 18) is GRANTED and the conditions of the injunction are as follows:

    1. Defendant, Paul Colangelo ("Colangelo"), shall not, directly or indirectly, perform any services for, be employed by, or be associated with LocatePlus Holdings, Inc., a Delaware corporation, its subsidiaries, parents, and affiliated entities, from the date of the entry of this Order until February 23, 2008;

    2. To the extent he has not already done so, Colangelo shall return Plaintiffs, care of their counsel, any and all documents, data, or information containing Plaintiffs' confidential or trade secret information, and all other property of Plaintiffs, which property is in Colangelo's

dockets.Justia.com

possession and/or control on the date of this Order, whether in paper, electronic, or any other form;

      3. On or before the tenth day following the date of the entry of this Order, Colangelo shall serve on counsel for the Plaintiffs a statement executed under oath and upon penalty of perjury, identifying all property or data of Plaintiffs which he has; used on behalf of any person or entity other than Plaintiffs; disclosed to any person or entity other than Plaintiffs; or possessed after May 23, 2007. In this statement, Colangelo shall verify after appropriate due diligence that all property described in Paragraph 2 of this Order and/or listed in the statement has been returned to Plaintiffs; and

      4. Colangelo shall not use for any purpose any of the trade secrets or confidential information of Plaintiffs, nor will Colangelo disclose such trade secrets or confidential information to any third party or knowingly permit such third party to use such trade secrets or confidential information.

      It is FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall CLOSE this case, but this Court retains jurisdiction over this matter for purposes of enforcing this Order. All pending motions are DENIED as moot.

      DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 9th day of July 2007.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record